IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00300-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTOINE LEVONNE THRASHER | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for compassionate release, (Doc. No. 29), and motion for leave to file a reply, (Doc. No. 30), filed when he was serving a sentence at Williamsburg FCI. However, the defendant has since been released from the custody of the Bureau of Prisons. https://www.bop.gov/inmateloc/

**IT IS, THEREFORE, ORDERED** that the defendant's motions, (Doc. Nos. 29, 30), are **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: July 25, 2023

Robert J. Conrad, Jr.
United States District Judge